MINNIE F. CLEVELAND, as Administratrix of the Estate of C. LEWIS CLEVELAND, Deceased, Appellant, *v.* TOWN OF LANCASTER et al., Respondents, Impleaded with Another.

(Argued March 20, 1934; decided April 17, 1934.)

*James O. Moore* for appellant.

*Levant D. Lester* for Town of Lancaster, respondent.

*Carlton A. Fisher* for Town of Cheektowaga, respondent.

Judgments affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.